779 A.2d 421

IN THE MATTER OF ROBERT BAUMOL,
AN ATTORNEY AT LAW.

Decided August 6, 2001.

## ORDER

This matter having been duly presented to the Court pursuant to *R.* 1:20–10(b), following a motion for discipline by consent of **ROBERT BAUMOL** of **TEANECK,** who was admitted to the bar of this State in 1982;

And the District VA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.3(lack of diligence), *RPC* 3.2(fail-

ure to expedite litigation or treat with courtesy and consideration all persons involved in litigation process), *RPC* 8 .4(c) (misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 3.2, *RPC* 8.4(c) and *RPC* 8.4(d); and that said conduct warrants a reprimand;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's ethics violations and having granted the motion for discipline by consent;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *R.* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ROBERT BAUMOL** of **TEANECK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.